# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Manuel Melendez,

    Petitioner

v.

Dwight Neven, et al.,

    Respondents

2:15-cv-02076-JAD-VCF

**Order Directing Service on Respondents and Setting Briefing Schedule**

Manuel Melendez, who is represented by counsel, brings this § 2254 petition to challenge his Nevada state court conviction and sentence. I have reviewed Melendez's petition, find that it warrants service on respondents, and issue this briefing schedule:

IT IS HEREBY ORDERED that the **Clerk of Court is instructed to SERVE the petition [ECF No. 1] on respondents** and add Attorney General Adam Paul Laxalt as counsel for respondents.

IT IS FURTHER ORDERED that respondents must answer or otherwise respond to the petition by **September 25, 2016.** Respondents must raise all potential affirmative defenses in the initial responsive filing, including lack of exhaustion and procedural default. Successive motions to dismiss will not be entertained. If respondents file an answer, it must comply with the requirements of Rule 5 of the Rules Governing § 2254 cases in United States district courts. If respondents file an answer, Melendez will have 45 days from service of the answer to file a reply.

IT IS FURTHER ORDERED that any state-court record exhibits must be filed with a separate index of exhibits identifying each by number or letter. A hard copy of all state-court record exhibits must be forwarded to the staff attorneys in the Reno Division of this court.

1    The court disfavors the filing of duplicate exhibits in habeas corpus cases.  The parties are
2 encouraged to use one set of exhibits, and either party may refer to any exhibits that have been filed
3 in the case by that party or by any other party.
4    August 10, 2016

_____
Jennifer A. Dorsey
United States District Judge