UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Manuel Melendez,<br><br>    Petitioner<br><br>v.<br><br>Dwight Neven, et al.,<br><br>    Respondents | 2:15-cv-02076-JAD-VCF<br><br>**Order Granting Motion for Extension of Time**<br><br>[ECF No. 7] |

Respondents request an extension of time to respond to Manuel Melendez's counseled § 2254 petition. Melendez has filed a non-opposition to respondents' request.[1]  I find that there is good cause to grant respondents the 60-day extension that they request, and that the request is not made in bad faith or for purposes of delay.

Accordingly, IT IS HEREBY ORDERED that respondents' motion for an extension of time **[ECF No. 7] is GRANTED.  Respondents must respond to the petition by November 25, 2016.**

Dated this 6th day of October, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 8.