UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Manuel Melendez,

    Petitioner

v.

Dwight Neven, et al.,

    Respondents

2:15-cv-02076-JAD-VCF

**Order Granting Motion for Extension of Time**

[ECF No. 10]

Respondents request a 60-day extension of time to respond to Melendez's habeas petition. Respondents' counsel states that the extension is necessary because of her existing caseload demands.[1] I find that respondents' motion for extension of time is made in good faith and not solely for purposes of delay. Accordingly, good cause appearing,

IT IS HEREBY ORDERED that respondents' motion for extension of time **[ECF No. 10] is GRANTED.** Respondents' response to Melendez's petition is due by **January 23, 2017.**

Dated this 19th day of December, 2016.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 10.