# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Manuel Melendez, | **2:15-cv-02076-JAD-VCF** |
| Petitioner | |
| v. | **Order Granting Motion for Extension of Time** |
| Dwight Neven, et al., | [ECF No. 12] |
| Respondents | |

Respondents request a 90-day extension of time to respond to Manuel Melendez's § 2254 petition. Respondents' counsel states that the extension is necessary because of her existing caseload demands. I find that respondents' motion for extension of time is made in good faith and not solely for purposes of delay, so I grant the request. However, because of the length of the extension and because this is the third extension that respondents have sought, no further extensions to file the response will be given absent extraordinary circumstances.

Accordingly, IT IS HEREBY ORDERED that respondents' motion for extension of time **[ECF No 12] is GRANTED. Respondents' response to Melendez's petition is due by April 23, 2017.**

Dated this 25th day of January, 2017.

Jennifer A. Dorsey
United States District Judge