**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MANUEL MELENDEZ,

    Petitioner

v.

DWIGHT NEVEN, et al.,

    Respondents

Case No.: 2:15-cv-02076-JAD-VCF

**Order Granting Petitioner's Motion for Extension of Time to File a Second Amended Petition for Writ of Habeas Corpus**

[ECF No. 47]

Good cause appearing, IT IS HEREBY ORDERED that petitioner's unopposed motion for extension of time (ECF No. 47) is GRANTED. Petitioner has until September 6, 2018, to file a second-amended petition for writ of habeas corpus in this case.

Dated: June 11, 2018

                                                                                _____
                                                             U.S. District Judge Jennifer A. Dorsey