# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MANUEL MELENDEZ,<br><br>    Petitioner<br><br>v.<br><br>DWIGHT NEVEN, et al.,<br><br>    Respondents | Case No.: 2:15-cv-02076-JAD-VCF<br><br>**Order Granting Petitioner's Motion for Extension of Time to File a Second Amended Petition for Writ of Habeas Corpus**<br><br>[ECF No. 49] |

Good cause appearing, petitioner's unopposed motion for extension of time [ECF No. 49] is GRANTED. Petitioner shall have until November 20, 2018, to file a second amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

Dated: September 7, 2018

_____
U.S. District Judge Jennifer A. Dorsey