# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MANUEL MELENDEZ,

    Petitioner

v.

DWIGHT NEVEN, et al.,

    Respondents

Case No.: 2:15-cv-02076-JAD-VCF

**Order Striking Fugitive Document**

[ECF No. 53]

    Petitioner in this action has filed a *pro se* "motion for recognition of judicial notice." Petitioner, however, is represented by counsel in this matter. In general, where petitioner is represented by counsel, only counsel may file pleadings. *See, e.g., Rosenblum v. Campbell*, 370 Fed. App'x 782, 783 (9th Cir. 2010). IT IS THEREFORE ORDERED that the *pro se* motion for judicial notice [ECF No. 53] is DENIED as an unauthorized filing.

    IT IS SO ORDERED.

Dated: December 11, 2018

                                    _____
                                    U.S. District Judge Jennifer A. Dorsey