# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MANUEL MELENDEZ,<br><br>    Petitioner<br><br>v.<br><br>DWIGHT NEVEN, et al.,<br><br>    Respondents | Case No.: 2:15-cv-02076-JAD-VCF<br><br>**Order Granting Enlargement of Time**<br><br>[ECF No. 55] |

Respondents' unopposed motion for enlargement of time [ECF No. 55] is GRANTED. Respondents will have until March 25, 2019, to answer or otherwise respond to the second amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

Dated: January 25, 2019

_____
U.S. District Judge Jennifer A. Dorsey

1