# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MANUEL MELENDEZ,

    Petitioner

v.

DWIGHT NEVEN, et al.,

    Respondents

Case No.: 2:15-cv-02076-JAD-VCF

**Order Granting Enlargement of Time**

[ECF No. 64]

    Good cause appearing, respondents' unopposed motion for enlargement of time **[ECF No. 64] is GRANTED.** Respondents have until July 1, 2019, file a reply to the opposition to the motion to dismiss. Further extensions of this deadline are not likely to be granted.

    IT IS SO ORDERED.

Dated: May 1, 2019

                                                 _____
                                                 U.S. District Judge Jennifer A. Dorsey