# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MANUEL MELENDEZ, <br><br> Petitioner, <br> v. <br><br> DWIGHT NEVEN, et al., <br><br> Respondents. | Case No. 2:15-cv-02076-JAD-VCF <br><br> **Order Granting Enlargement of Time** <br><br> [ECF No. 72] |

    Good cause appearing, IT IS HEREBY ORDERED that respondents' motion for enlargement of time [ECF No. 72] **is GRANTED.** Respondents have until July 9, 2020, to answer to the remaining claims of Petitioner Manuel Melendez's Second Amended Petition.[1]

    Melendez initiated this habeas action over four and a half years ago in October 2015.[2] Given the age of this case,[3] counsel for both parties are directed to prioritize the briefing in this case over later-filed matters. **Further extensions of time are not likely to be granted absent compelling circumstances and a strong showing of good cause why a response could not be filed within the extended time allowed despite the exercise of due diligence**.

Dated: May 29, 2020

                                                   U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 51.

[2] ECF No. 1.

[3] Habeas actions are civil actions under federal practice and are subject to the reporting requirements of the Civil Justice Reform Act of 1990 ("CJRA"), 28 U.S.C. § 471 *et seq*. The CJRA sets a three-year goal for resolution of each civil case on the merits, *id.* § 476(a)(3), and encourages "setting, at the earliest practicable time, deadlines for filing motions and a time framework for their disposition," *id.* § 473(a).