# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MANUEL MELENDEZ,<br><br>　　　　　　　　　　Petitioner,<br>v.<br>DWIGHT NEVEN, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:15-cv-02076-JAD-VCF<br><br>**Order Granting Enlargement of Time**<br><br>[ECF No. 74] |

　　　　Good cause appearing, IT IS HEREBY ORDERED that respondents' motion for enlargement of time **[ECF No. 74] is GRANTED.** Respondents have until July 23, 2020, to answer to the remaining claims of Petitioner Manuel Melendez's Second Amended Petition.[1]

　　　　Given the age of this case, I previously directed counsel for both parties to prioritize the briefing in this case over later-filed matters and warned that a heightened standard would apply to any additional requests for extensions of time.[2] My instruction and warning remain in effect moving forward.

　　　　Dated: July 9, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 51.

[2] ECF No. 73 ("**Further extensions of time are not likely to be granted absent compelling circumstances and a strong showing of good cause why a response could not be filed within the extended time allowed despite the exercise of due diligence**.")