UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Manuel Melendez,<br><br>                              Petitioner,<br><br>   v.<br><br>Dwight Neven, et al.,<br><br>                              Respondents. | Case No. 2:15-cv-02076-JAD-VCF<br><br>**Order Granting Motion for Leave to File Corrected Reply**<br><br>[ECF No. 90] |

Petitioner Manuel Melendez has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254[1] and moves for leave to file a corrected reply that includes corresponding CM/ECF references to citations.[2] Good cause appearing, IT IS HEREBY ORDERED that Petitioner Manuel Melendez's Motion for Leave to File Corrected Reply **[ECF No. 90] is GRANTED.** The Clerk of Court is directed to file Petitioner's corrected Reply at ECF No. 90-1.

_____
U.S. District Judge Jennifer A. Dorsey
July 23, 2021

---

[1] ECF No. 51.

[2] ECF No. 90.

1